IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BILLY DON MATSLER, ) | |
|     Plaintiff, ) | Civil Action No. 7:06CV00488 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SOUTHWEST VIRGINIA REGIONAL ) | By: Hon. Glen E. Conrad |
| JAIL, et al., ) | United States District Judge |
|     Defendants. ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's motions to amend his complaint (docket #7 and #9) shall be and hereby are **GRANTED**; and

2. The plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 5th day of October, 2006.

/s/ Glen E. Conrad
_____
United States District Judge